UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

NEWARK

JUDGE: HON. FAITH S. HOCHBERG                    Date: July 10, 2014

DEPUTY CLERK:      KIMBERLY DARLING

Title of Case: I MED PHARMA INC v. BIOMATRIX, INC., et al          Docket#03-cv-3677(FSH)

Appearances:   Gary Maitland, Esq. for Plaintiff I Med
               Michael B. Parson, Esq. for Plaintiff I Med
               Michelle Callner, Esq. for Plaintiff I Med
               Thane D. Scott, Esq. for Defendants Biomatrix, Inc., et al
               Carol Head, Esq., for Defendants Biomatrix, Inc., et al
               Liza Walsh, Esq., for Defendants Biomatrix, Inc., et al

Nature of Proceeding:        In Person Conference/Settlement


Settlement Conference Held


Time Commenced: 10:30 a.m.              Time Adjourned: 3:00 p.m.

cc: chambers                            **_Kimberly Darling_**
                                        Deputy Clerk